THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS CIRRONE, Appellant.— Judgment affirmed. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

GOLDBERGER-RAABIN, INC., Plaintiff, v. 74 SECOND AVENUE CORPORATION, Appellant, Impleaded, etc., and JACOB S. HARMAN, Respondent.— Judgment reversed, with costs, and respondent's cause of action against the appellant dismissed, with costs, on the authority of Pascual v. Greenleaf Park Land Co. (245 N. Y. 294). Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

REUBEN SAMUELS, INC., Appellant, v. THOMAS CUSACK COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ARMAND VECSEY, Respondent, v. THE RUDOLPH WURLITZER COMPANY, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and Martin, J., dissent.

GEORGE EISENBERG, Respondent, v. AFNER REASENBERG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH L. GRAF, Appellant, v. HOPE BUILDING CORPORATION, Respondent, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 352.]

FRANCINE STEINBERG, an Infant, by IRVING S. STEINBERG, Her Guardian ad Litem, and Others, Respondents, v. ARTHUR HABERSTROH, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict was against the weight of the evidence both as to the negligence of the defendant and as to the injuries sustained by the plaintiffs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALICE GODET, Respondent, v. EDWARD CALLAN, Appellant.— Judgment reversed, with costs and complaint dismissed, with costs, on the ground of lack of proof of actual or constructive notice to the owner. (Idel v. Mitchell, 158 N. Y. 134; Reeves v. 14th Street Store, 110 App. Div. 735.) Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Accounts of JOHN M. GRAHAM and THOMAS G. GRAHAM, Executors of ELIZABETH GRAHAM, Deceased, Executrix, etc., of GEORGE GRAHAM, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

ANNIE ELEANOR LLOYD, Respondent, v. ORIN COTTRELL LLOYD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.